UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * * | 5:19-cr-00228 |
| VERSUS | * * * | MAGISTRATE JUDGE HORNSBY |
| WENDELL SCOTT SMITH | * | |

### BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### 21 U.S.C. § 844(a)
### (Simple Possession of a Controlled Substance)

On or about January 31, 2019, in the Western District of Louisiana, the defendant, **Wendell Scott Smith**, knowingly and intentionally possessed diazepam, also known as Valium, a Schedule IV controlled substance, all in violation of Title 21, United States Code, Section 844(a). [21 U.S.C. § 844(a)].

### COUNT 2
### 21 U.S.C. § 844(a)
### (Simple Possession of a Controlled Substance)

On or about January 31, 2019, in the Western District of Louisiana, the defendant, **Wendell Scott Smith**, knowingly and intentionally possessed zolpidem, also known as Ambien, a Schedule IV controlled substance, all in violation of Title 21, United States Code, Section 844(a). [21 U.S.C. § 844(a)].

## COUNT 3
## 21 U.S.C. § 844(a)
### (Simple Possession of a Controlled Substance)

On or about January 31, 2019, in the Western District of Louisiana, the defendant, **Wendell Scott Smith**, knowingly and intentionally possessed carisoprodol, also known as Soma, a Schedule IV controlled substance, all in violation of Title 21, United States Code, Section 844(a). [21 U.S.C. § 844(a)].

## COUNT 4
## 21 U.S.C. § 844(a)
### (Simple Possession of a Controlled Substance)

On or about January 31, 2019, in the Western District of Louisiana, the defendant, **Wendell Scott Smith**, knowingly and intentionally possessed pregabalin, also known as Lyrica, a Schedule V controlled substance, all in violation of Title 21, United States Code, Section 844(a). [21 U.S.C. § 844(a)].

DAVID C. JOSEPH
United States Attorney

By:   /s/ *Brian C. Flanagan*
BRIAN C. FLANAGAN, LA Bar #35125
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600